# GLENN A. GARBER, P.C.   233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
## ATTORNEYS AT LAW
TEL: 212-965-9370   FAX: 212-965-9375
WWW.GLENNGARBER.COM

February 28, 2023

**Via ECF**
Honorable David N. Hurd
United States District Judge
United States District Court, Northern District of New York
Alexander Pirnie Federal Building and United States Courthouse
10 Broad Street
Utica, New York 13501

  Re: *Jones v. City of Albany, et al.* (Docket No.: 18-cv-0081)

Dear Judge Hurd:

We represent plaintiff Lavell Jones in the above-referenced action. We are writing to advise the Court that the letters of administration have been issued by the surrogates' courts. They are attached.

I write with the consent of counsel for Defendants to request a party name change to the following:

  SAKINA MITCHELL AND TADRE JONES,
  CO-ADMINISTRATORS FOR THE ESTATE OF LAVELL R. JONES
                 Plaintiffs,

      -against-

  THE CITY OF ALBANY, RONALD MATOS, P.J. McKENNA, ANTHONY RYAN, MICHAEL SBUTTONI, PHILLIPPA P. GARLAND-WILCOX, ADMINISTRATOR FOR THE ESTATE OF KENNETH P. WILCOX, and KEVIN BREEN
                 Defendants.

Please advise if we should make a formal motion to amend the caption.

It is requested that the Court order a status conference, preferably telephonic or virtual, to discuss next steps.

Thank you for your consideration.

Respectfully submitted,

/s/ Glenn A. Garber
_____
Glenn A. Garber

cc: All Counsel of Record via ECF