**GLENN A. GARBER, P.C.** 233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
ATTORNEYS AT LAW

TEL: 212-965-9370  FAX: 212-965-9375
WWW.GLENNGARBER.COM

January 30, 2024

**By ECF**
Honorable David N. Hurd
United States District Court
Northern District of New York
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

      Re:   *Sakina Mitchell and Tadre Jones,*
               *Co-Administrators for the Estate of Lavell R. Jones*
               *v. City of Albany, et al., 18-Cv-00081*

Dear Judge Hurd:

    I write to advise the Court that the parties reached a settlement. Some additional work must be done on the Defendant's end to ratify the deal. We will keep the Court posted.

    Thank you for your consideration.

Respectfully submitted,

_____
Glenn A. Garber

Cc     Stephen J. Rehfuss (via ECF)